# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SPIDER SEARCH ANALYTICS LLC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SHUTTERSTOCK, INC.,**<br><br>Defendant. | **CIVIL ACTION NO**<br><br>**JURY TRIAL DEMANDED** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

COMES NOW, Plaintiff Spider Search Analytics LLC ("Plaintiff"), through the undersigned attorneys, and respectfully alleges, states, and prays as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") to prevent and enjoin defendant Shutterstock, Inc. (hereinafter "Defendant") from infringing and profiting, in an illegal and unauthorized manner and without authorization and/or of the consent from Plaintiff, from U.S. Patent No. 7,454,430 (the "'430 patent", attached hereto as Exhibit "A") (the "Patent-in-Suit") pursuant to 35 U.S.C. § 271, and to recover damages, attorney's fees, and costs.

## THE PARTIES

2. Plaintiff is a Texas entity with its principal place of business at 101 E. Park Blvd, Suite 600, Plano, Texas 75074.

3. Upon information and belief, Defendant is a company organized and existing under the laws of the State of Delaware, having a principal place of business at 350 Fifth Ave, 21st Floor, New York, NY 10118.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Defendant is a Delaware corporation, and thus, resides in the District for purposes of venue.

6. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Delaware Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Delaware and in this Judicial District.

## FACTUAL ALLEGATIONS

7. On November 18, 2008, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '430 patent, entitled "System and method for facts extraction and domain knowledge repository creation from unstructured and semi-structured documents" after a full and fair examination. (Exhibit A).

8. Plaintiff is presently the owner of the patent, having received all right, title and interest in and to the '430 patent from the previous assignee of record. Plaintiff possesses all

rights of recovery under the '430 patent, including the exclusive right to recover for past infringement.

9. The '430 patent contains three (3) independent claims and twenty-four (24) dependent claims.

10. The '430 patent claims, *inter alia*, a method for crawling the internet to locate pages relevant to an application and thus building a Web Crawler.

11. Defendant uses, *inter alia*, a method that performs each and every step of at least one claim of the '430 patent.

**DEFENDANT'S PRODUCTS**

12. In accordance with claim 1 of the '430 patent, Defendant uses 80legs to perform the following steps: (1) they use the 80legs API to automatically create dozens of web crawls each month; (2) each 80legs crawl uses a custom 80app built by Defendant to extract custom-defined data elements; and (3) results are downloaded via the 80legs API to Defendant's own database, which is then leveraged locally to identify new ad channels.  Thus, 80legs' customers such as Defendant use a method for crawling the internet to locate pages relevant to an application and thus building a Web Crawler.

13. In accordance with claim 1 of the '430 patent, 80legs' customers such as Defendant start from a base set of application-dependent web pages or crystallization points. Defendant selects the set of web pages that will be crawled. Dozens of these crawls are performed each month

14. In accordance with claim 1 of the '430 patent, the 80legs crawls (used by Defendant) apply a mixture of breadth-first and depth limited recursive crawling.  See https://80legs.groovehq.com/knowledge_base/topics/how-80legs-crawls-urls-depth-first-vs-

breadth-first-vs-greedy ("80legs will do depth or breadth-first crawling for the set of URLs it crawls next, depending on whichever URLs return the most quickly.").

15. The elements described in paragraphs 12-14 are covered by at least claim 1 of the '430 patent.

## INFRINGEMENT OF THE '430 PATENT

16. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 to 16.

17. In violation of 35 U.S.C. § 271, Defendant is now, and has been directly infringing the '430 patent.

18. Defendant has had knowledge of infringement of the '430 patent at least as of the service of the present complaint.

19. Defendant has directly infringed and continues to directly infringe at least claim 1 of the '430 patent by using the Accused Method/Product without authority in the United States, and will continue to do so unless enjoined by this Court. As a direct and proximate result of Defendant's direct infringement of the '430 patent, Plaintiff has been and continues to be damaged.

20. By engaging in the conduct described herein, Defendant has injured Plaintiff and is thus liable for infringement of the '430 patent, pursuant to 35 U.S.C. § 271.

21. Defendant has committed these acts of infringement without license or authorization.

22. As a result of Defendant's infringement of the '430 patent, Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

23. Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court. As such, Plaintiff is entitled to compensation for any continuing and/or future infringement up until the date that Defendant is finally and permanently enjoined from further infringement.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. That Defendant be adjudged to have infringed the Patent-in-Suit directly, literally and/or under the doctrine of equivalents;

2. That Defendant, its officers, directors, agents, servants, employees, attorneys, affiliates, divisions, branches, parents, and those persons in active concert or participation with any of them, be permanently restrained and enjoined from directly infringing the Patent-in-Suit;

3. An award of damages pursuant to 35 U.S.C. §284 sufficient to compensate Plaintiff for the Defendant's past infringement and any continuing or future infringement up until the date that Defendant is finally and permanently enjoined from further infringement, including compensatory damages;

4. An assessment of pre-judgment and post-judgment interest and costs against Defendant, together with an award of such interest and costs, in accordance with 35 U.S.C. §284;

5. That Defendant be directed to pay enhanced damages, including Plaintiff's attorneys' fees incurred in connection with this lawsuit pursuant to 35 U.S.C. §285; and

6. That Plaintiff have such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

**SPIDER SEARCH ANALYTICS LLC**

Dated:  May 16, 2018 By: /s/Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com

STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Papool S. Chaudhari
(*Pro Hac Vice* application pending)
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
SPIDER SEARCH ANALYTICS LLC**